UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILBERT CAMERON,<br><br>       Plaintiff,<br><br>-against-<br><br>DA DARCEL CLARK; ADA BRUCE BIRNS; ADA DAWN GUGLIELMO; DA ROBERT T. JOHNSON; HON. NICOLAS IACOVETTA; HON. MARGARET L. CLANCY; ADA CLARA H. SALZBERG; LETITIA JAMES, NEW YORK STATE ATTORNEY GENERAL,<br><br>       Defendants. | 21-CV-2383 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 7, 2021, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the amended complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: June 7, 2021
     New York, New York

                     /s/ Laura Taylor Swain
                     LAURA TAYLOR SWAIN
                  Chief United States District Judge